# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

STORY OF STUFF PROJECT, 1442 A Walnut St. #272, Berkeley, CA 94709; and COURAGE CAMPAIGN INSTITUTE, 7119 West Sunset Blvd. No. 195, Los Angeles, CA 90046,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, 1400 Independence Ave., SW, Washington, DC 20250,

    Defendant.

Civil No. 17-98

## I. INTRODUCTION

1. The Defendant United States Forest Service has violated the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by failing to make a determination on a request for documents filed with it by Plaintiffs Story of Stuff Project and Courage Campaign Institute. This lawsuit requests an order declaring that the agency has violated FOIA, and enjoining the agency to immediately make the required determination and to provide the Plaintiffs with the records they have requested.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

3. Venue in this Court is proper under 5 U.S.C. § 552(a)(4)(B), which provides venue for FOIA cases in this district.

### III. PARTIES

4. Plaintiff STORY OF STUFF PROJECT ("The Project") is a non-profit corporation headquartered in California. The Project's staff facilitate an interactive online community of more than one million members worldwide dedicated to transforming the way we make, use, and throw away disposable consumer items. The Project, its staff and its community members have been actively involved in environmental sustainability and resource conservation efforts since its founding in 2008. The Project has more than 30,000 members in California, including more than 800 who live in San Bernardino County, near the San Bernardino National Forest, which is managed by the Defendant. The Project's members have expressed profound concern about the diversion of water resources from the Forest and the impact that has to the flora and fauna that depend on that water, which are critically impacted by the ongoing drought conditions. Its FOIA request relates to these concerns.

5. Plaintiff COURAGE CAMPAIGN INSTITUTE ("Courage Campaign") is a non-profit corporation in California. Courage Campaign Institute is the educational arm of the Courage Campaign family of organizations with more than 1,300,000 members. Its mission is to fight for a more progressive California and United States by defending and extending human rights through innovative leadership-development training, strategic research and public education. Courage Campaign's

members and staff have been actively involved in various responses to the historic California drought, including a campaign asking Nestlé to cease bottling water in California. Courage Campaign has 9,167 members who live in San Bernardino County, near the San Bernardino National Forest. Courage Campaign's members regularly visit or recreate in and near the Forest, and intend to continue to visit and recreate in the affected areas regularly in the future for various educational, scientific, aesthetic and other purposes. Courage Campaign's members have expressed profound concern about the diversion of scarce water resources from public lands, and the impact that has to the flora and fauna that depend on that water, especially where critically impacted by the on-going drought conditions. Its FOIA request relates to these concerns.

6. Defendant UNITED STATES FOREST SERVICE is a federal agency under the U.S. Department of Agriculture. The Forest Service is responsible for responding to document requests submitted to it, and so is sued as a Defendant in this action.

7. The Defendant's violation of law has denied Plaintiffs the information to which they are entitled, and Plaintiffs and their members are injured by its inability to protect the San Bernardino National Forest, and by the deprivation of government documents to which they are entitled.

**IV. FACTS AND LAW**

8. On November 7, 2016, the Plaintiffs sent a FOIA request to the Forest Service and the U.S. Department of Agriculture Office of General Counsel

requesting the following: "Copies of any and all records pertaining in any way to: The water diversion and transmission facilities constructed and operated on U.S. Forest Service land in and near the West Fork of Strawberry Creek in the San Bernardino National Forest; and The 'Nestle Waters North America Inc. Special Use Permit CE' listed on the Current Schedule of Proposed Actions (SOPA) 01/01/2016." The request was sent via email and U.S. Mail, and the agencies received the request via email on November 7, 2016.

9. FOIA requires that an agency "shall— [] determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor . . .." 5 U.S.C. § 552(a)(6)(A)(i). This deadline for responding to Plaintiffs' request expired on December 7, 2016.

10. On December 16, 2016, when Plaintiffs had not received a determination on their request, they sent an email inquiry to the Forest Service as to the status of their request. The Forest Service did not respond to that inquiry, and as of the date of filing this complaint, has not made a determination on Plaintiffs' FOIA request or provided any documents in response to Plaintiffs.

11. On January 10, 2017, the U.S. Department of Agriculture's Office of General Counsel issued a final determination on the FOIA request, stating that it found no responsive documents.

## V. CLAIM FOR RELIEF

12. The above paragraphs are incorporated here by reference.

13. The Defendant United States Forest Service has exceeded the deadline for making a determination on Plaintiffs' records request, in violation of FOIA, 5 U.S.C. §§ 552(a)(6).

## VI. REQUEST FOR RELIEF

FOR THESE REASONS, the Plaintiffs respectfully requests that this Court enter judgment providing the following relief:

1. Declare that Defendant violated FOIA by failing to make a timely determination on Plaintiffs' record requests;

2. Direct by injunction that Defendant immediately make a determination on Plaintiffs' record request and provide the Plaintiffs with the records they have requested;

3. Grant the Plaintiffs their costs of litigation, including reasonable attorney fees as provided by FOIA, 5 U.S.C. § 552(a)(4)(E); and

4. Provide such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED January 13, 2017.

      /s/Matt Kenna
Matt Kenna, D. D.C. Bar # CO0028
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
(970) 385-6941
matt@kenna.net

Attorney for Plaintiffs