IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| STORY OF STUFF PROJECT; and<br>COURAGE CAMPAIGN INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 17-cv-00098 (APM) |

**JOINT STATUS REPORT**

    Per this Court's Minute Order of November 14, 2019, the parties jointly file this status report to apprise the Court of the status of document production. Nestle took no judicial action to stop the Forest Service's planned release of records and, on Wednesday, November 20, 2019, Plaintiffs received a number of documents from the Forest Service. That release included the one report mentioned at the last status hearing as possibly still in dispute. While most substantive issues have been resolved, Plaintiffs need additional time to ensure that all document release issues have been resolved. Further, another remaining issue is attorney's fees, and the parties are in discussions on that. The parties request a status hearing in three weeks unless a notice of settlement is filed before the scheduled status conference.

1

Respectfully submitted,

November 26, 2019						RACHEL DOUGHTY
								MATT KENNA

								By:   /s/Rachel S. Doughty
								Rachel S. Doughty, D. D.C. Bar #CA00022
								Greenfire Law, PC
								2550 Ninth Street, Ste. 204B
								Berkeley, CA 94710
								(510) 900-9502, Ext. 2
								rdoughty@greenfirelaw.com

								*Attorneys for Plaintiffs*

								JESSIE K. LIU, DC Bar #472845
								United States Attorney
								DANIEL F. VAN HORN, DC Bar #924092
								Chief, Civil Division

								*Attorneys for Defendants*

								By:   /s/ Alan Burch
								Alan Burch, DC Bar #470655
								Assistant United States Attorney
								555 4th Street, N.W.
								Washington, DC  20530
								(202) 252-2536
								Alan.burch@usdoj.gov

2