IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| STORY OF STUFF PROJECT; and<br>COURAGE CAMPAIGN INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE,<br><br>    Defendant. | Case No. 17-cv-00098 (APM) |

## JOINT STATUS REPORT

Per this Court's Minute Order of December 18, 2019, the parties jointly file this status report to apprise the Court of the status of settlement negotiations. Because the parties have been unable to reach an agreement on fees and costs, parties jointly propose the following briefing schedule:

      Plaintiffs' Motion for Costs and Fees – January 31, 2020

      Defendant's Response – February 21, 2020

      Plaintiffs' Reply – March 2, 2020

Respectfully submitted,

January 13, 2020    RACHEL DOUGHTY
MATT KENNA

By:   /s/Rachel S. Doughty
Rachel S. Doughty, D. D.C. Bar #CA00022
Greenfire Law, PC
2550 Ninth Street, Ste. 204B
Berkeley, CA 94710
(510) 900-9502, Ext. 2
rdoughty@greenfirelaw.com

*Attorneys for Plaintiffs*

JESSIE K. LIU, DC Bar #472845
United States Attorney
DANIEL F. VAN HORN, DC Bar #924092
Chief, Civil Division

*Attorneys for Defendants*

By:             /s/ Alan Burch
Alan Burch, DC Bar # 470655
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC  20530
(202) 252-2536
Alan.burch@usdoj.gov