IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| STORY OF STUFF PROJECT; and COURAGE CAMPAIGN INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | Case No. 17-cv-00098 (APM) |

**STIPULATION REGARDING REASONABLE HOURLY RATES FOR PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES**

Plaintiffs Story of Stuff Project and Courage Campaign Institute join with Defendant United States Forest Service in stipulating the following:

1. The hourly rates contained in the 2015-2020 Attorney's Fees Matrix developed by the Civil Division of the United States Attorney's Office for the District of Columbia ("USAO Attorney's Fees Matrix," attached hereto as **Exhibit A**) are "reasonable hourly rate[s]." *E.g.*, *Covington v. District of Columbia*, 57 F.3d 1101, 1107 (D.C. Cir. 1995).

2. Plaintiffs' use of the USAO Attorney's Fees Matrix rates in their Motion for Costs and Attorneys' Fees (to be filed no later than February 14, 2020, in accordance with this Court's January 28, 2020 Order) satisfies their burden under this Circuit's three-part "reasonable hourly rate" test. *See, e.g.*, *Salazar v. District of Columbia*, 809 F.3d 58, 62 (D.C. Cir. 2015).

3. The parties will not brief the issue of "reasonable hourly rate[s]" in the upcoming briefing regarding Plaintiffs' Motion for Costs and Attorneys' Fees since it is not in dispute.

RESPECTFULLY SUBMITTED February 6, 2020

        RACHEL DOUGHTY

        By: __/s/Rachel S. Doughty__
        Rachel S. Doughty, D. D.C. Bar #CA00022
        Greenfire Law, PC
        2550 Ninth Street, Ste. 204B
        Berkeley, CA 94710
        (510) 900-9502, Ext. 2
        rdoughty@greenfirelaw.com

        *Attorneys for Plaintiffs*

        JESSIE K. LIU, DC Bar #472845
        United States Attorney
        DANIEL F. VAN HORN, DC Bar #924092
        Chief, Civil Division

        By: __/s/ Alan Burch__
        Alan Burch, DC Bar # 470655
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, DC  20530
        (202) 252-2536
        Alan.burch@usdoj.gov

        *Attorneys for Defendants*