**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLUMBIA**

STORY OF STUFF PROJECT; and
COURAGE CAMPAIGN INSTITUTE,

     Plaintiffs,

     v.

UNITED STATES FOREST SERVICE,

     Defendant.

Case No. 17-cv-00098 (APM)

**PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES**

Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, section 552(a)(4)(E) of

the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(E), and this Court's January 28, 2020

Order, Plaintiffs Story of Stuff Project and Courage Campaign Institute ("Plaintiffs"), by and

through the undersigned counsel, respectfully move for an order granting an award of costs and

expenses in the amount of $449.85 and an award of reasonable attorneys' fees in the amount of

$141,998.15, including fees necessary to prepare the reply in support of this motion.

In support of their Motion, Plaintiffs submit a Memorandum of Points and Authorities

and the Declarations of Michael O'Heaney, Rachel S. Doughty, Kenneth Petruzzelli, Matt

Kenna, Jessica L. Blome, Zack Marker, Ivan R. Jimenez, and Jason H. Connor, together with all

attachments thereto. Plaintiffs also submit a proposed Order consistent with the relief sought.

Counsel for Plaintiffs conferred with counsel for Defendant; this Motion is opposed.

RESPECTFULLY SUBMITTED February 14, 2020.

/s/Matt Kenna

Matt Kenna, D. D.C. Bar #CO0028
Public Interest Environmental Law
679 East 2nd Avenue, Suite 11B
Durango, CO 81301
(970) 749-9149
matt@kenna.net

/s/Rachel S. Doughty

Rachel S. Doughty, D. D.C. Bar #CA00022
Greenfire Law, PC
2550 Ninth Street, Suite 204B
Berkeley, CA 94710
(510) 900-9502, Ext. 2
rdoughty@greenfirelaw.com

*Attorneys for Plaintiffs*