# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| STORY OF STUFF PROJECT; and COURAGE CAMPAIGN INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>Defendant. | **REPLY TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM REGARDING PLAINTIFF'S REQUEST FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS**<br><br>Case No. 17-cv-00098 (APM) |

Plaintiffs now briefly reply to "Defendant's Supplemental Memorandum Regarding Plaintiff's Request for Reimbursement of Attorneys' Fees and Costs" (ECF 58).

Because the Court has not ordered Plaintiffs to file a supplemental reply, and mindful of the admonitition that attorney fee disputes "should not result in a second major litigation," *Hensley v. Eckerhart*, 461 U.S. 424, 437 (1983), Plaintiffs simply state that they beleive that Defendants' 12-page brief goes well beyond addressing the points made in Plaintiffs' 2-page status report (ECF 57; *see* Minute Order of 12/21/20), and Plaintiffs dispute the points made in Defendants' brief. In the event that the Court is persuaded by any points in Defendants' brief, Plaintiffs request an opportunity to address them.

RESPECTFULLY SUBMITTED January 20, 2021.

                                                /s/Rachel S. Doughty
Rachel S. Doughty, D. D.C. Bar #CA00022
Greenfire Law, PC
2550 Ninth Street, Suite 204B
Berkeley, CA 94710
(510) 900-9502, Ext. 2
rdoughty@greenfirelaw.com

2

/s/Matt Kenna
Matt Kenna, D. D.C. Bar #CO0028
Public Interest Environmental Law
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
(970) 749-9149
matt@kenna.net


*Attorneys for Plaintiffs*